UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2025
```

TEJINDRA KHATRI,

                    Plaintiff,                          **ORDER**

        -v-                                             25-CV-7167 (JMF)

RYTEBOX, LLC, *et al.*,

                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated September 2, 2025, this case was referred to the undersigned for settlement. ECF No. 15. Pursuant to ECF No. 24, the Parties were instructed to contact the undersigned to schedule a settlement conference no later than December 9, 2025. In light of this directive, a conference is scheduled on **December 8, 2025** at **11:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 848 096 069#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at:

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: December 2, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge