UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2025_

TEJINDRA KHATRI,

                          Plaintiff,

            -v-

RYTEBOX, LLC, *et al.*,

                          Defendants.

**ORDER**

25-CV-7167 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 9, 2025, the undersigned held a pre-settlement conference with the Parties.  By **December 18, 2025 at 3:00 p.m.**, the parties shall email RicardoNYSDChambers@nysd.uscourts.gov an update regarding the status of negotiations as discussed.

A settlement conference is scheduled before the undersigned on **January 13, 2026 at 10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.  The parties—not just the attorneys—must attend the settlement conference. Corporate parties and insurance companies (or any other party that is not a natural person) must send to the conference the person ultimately responsible for giving settlement authority.  If it would be a great hardship for the party to attend, upon written application in advance of the conference the undersigned will sometimes excuse that party's presence, but will require that party to be available by telephone throughout the settlement conference.

**SO ORDERED.**

Dated: December 9, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge