UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2026

TEJINDRA KHATRI,

> Plaintiff,

-v-

RYTEBOX, LLC, *et al.*,

> Defendants.

**ORDER**

25-CV-7167 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' January 19, 2026 letter motion (the "Letter Motion") requesting to adjourn the settlement conference scheduled on February 2, 2026.  ECF No. 32.  The Letter Motion is **GRANTED**, and the conference is adjourned *sine die*.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 32 as **GRANTED**.

**SO ORDERED.**

Dated: January 20, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge