

# THOMPSON & SKRABANEK, PLLC

### N E W   Y O R K

February 3, 2026

*Via ECF and email*
The Honorable Jesse M. Furman
500 Pearl Street
New York, NY 10007
RicardoNYSDChambers@nysd.uscourts.gov

Re:    *Khatri v. Rytebox, et al.*; Case No. 1:25-cv-07167-JMF

Dear Judge Furman:

We represent Defendants in the above matter. As you may know, the parties have reached a settlement in principle. On January 20, 2026, your Honor ordered the parties to submit a settlement agreement to the Court on or before February 3, 2026.

We respectfully request a 20-day extension from February 3, 2026, to allow the parties to submit a complete settlement agreement. The parties have made progress on the settlement agreement but require additional time to resolve some of the minutiae.

Plaintiff's counsel has reviewed this letter and consents to this request.

Thank you for your time and assistance.

Sincerely,

J.R. Skrabanek

cc:    All counsel of record (*via ECF*)

Application GRANTED on consent. The parties are reminded, however, that per the Court's Individual Rules and Practices, extension requests must be received at least 48 hours before the deadline. The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

February 4, 2026

515 MADISON AVENUE, 31ST FLOOR
NEW YORK, NY 10022
TEL: (646) 568-4280
EMAIL: JRS@TS-FIRM.COM